# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA POE | : |
|     Plaintiff, | :    JURY TRIAL DEMANDED |
| v. | : |
| LANDEX MANAGEMENT d/b/a WINNCOMPANIES | :    No. 21-1953 |
|     Defendants | : |

Plaintiff and Defendant by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

Date: April 28, 2022

| | |
|---|---|
| *s/ Graham F. Baird* | *s/ Raeann Burgo* |
| Graham F. Baird, Esq. | Raeann Burgo, Esq. |
| LAW OFFICES OF ERIC A. SHORE | FISHER & PHILLIPS LLP |
| 1500 JFK Blvd, Suite 1240 | Six PPG Place, Suite 830 |
| Philadelphia, PA 19102 | Pittsburgh, PA 15222 |
| (267) 546-0131 | (412) 822-6630 |
| GrahamB@ericshore.com | rburgo@fisherphillips.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**APPROVED BY THE COURT:**

_____
**Hon. Christopher C. Conner, U.S.D.J.**